| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Gregory, Roger L | 2. Court or Organization US Court of Appeals - 4th Cir. | 3. Date of Report 05/11/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Judge - Active | 5. ReportType (check appropriate type) ○ Nomination Date ○ Initial ◉ Annual ○ Final | 6. Reporting Period 01/01/2004 to 12/31/2004 |
| 7. Chambers or Office Address 1000 East Main Street Suite 212 Richmond, VA 23219-3517 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Christian Children's Fund |
| 2. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/17/01 | A Termination of Partnership agreement with Harrell & Chambliss, LLP (new firm), for the termination of my interests in Wilder & Gregory (old firm) |

RECEIVED 2005 MAY 16 P 1:26 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE . (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 01/2004 | Harrell & Chambliss, LLP | 30,000 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 01/2004 | Philip Morris, Incorporated |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Christian Children's Fund, Inc. | January 25-27, Williamsburg, VA Board Meeting (Lodging and meals) |
| 2. | Cornell Unversity of Law | March 5-7, Ithaca, NY Moot Court Competition (Travel, lodging and meals) |
| 3. | Yale University School of Law | April 26-27, New Haven, CT Moot Court Competition (Travel, lodging and meals) |
| 4. | Briggs-DeLaine-Pearson Foundation | May 8-9, Summerton, SC Keynote Address (Travel, lodging and meals) |
| 5. | Mountain State Bar | May 15-16, Bluefield, WV Keynote Address (Travel, lodging and meals) |
| 6. | Christian Children's Fund, Inc. | July 19-20, Williamsburg, VA Board Meeting (Lodging and meals) |
| 7. | University of Southern Maine | July 26-27, Portland, ME Keynote Address, (Travel, lodging and meals) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE · (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 8. | American Bar Association | August 6-8, Atlanta, GA Panel Participant, Annual Meeting , (Travel, lodging and meals) |
| 9. | National Bar Association | August 9-11, Charlotte, NC Panel Participant, Annual Meeting, (Travel, lodging and meals) |
| 10. | American Bar Association | September 19-20, Chicago, IL , Commission on the American Jury Meeting - (Travel, lodging and meals) |
| 11. | Marion County Bar Association | October 14-16, Indiannapolis, IN, Keynote Address, (Travel, lodging and meals) |
| 12. | American Bar Association | November 5-7, New York, NY Commission on the American Jury Meeting, (Travel, lodging and meals) |
| 13. | Christian Children's Fund, Inc. | November 8-14, Mozambique, South Africa , Project Visit (Travel, lodging and meals) |

V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |

VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. American Express | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L | 05/11/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Suntrust Bank Interest Checking | A | Interest | J | T | | | | | |
| 2. Suntrust Money Market Account | | None | | | Closed | | | | |
| 3. Prudential Insurance Annuity | C | Dividend | K | T | | | | | |
| 4. Philip Morris Profit Sharing Plan | E | Dividend | N | T | | | | | |
| 5. Altria Group, Inc. Common Stock | A | Dividend | J | T | Buy | 1/12 | J | | |
| 6. *John Hancock Financial Svcs. Common Stock | | None | | | Merger | 5/6 | J | A | *See Explanation |
| 7. *ManuLife Financial Common Stock | A | Dividend | K | T | Merger | 5/6 | K | A | *See Explanation |
| 8. World Airways Common Stock | | None | J | T | | | | | |
| 9. New York Life IRA - Fixed Annuity | A | Interest | J | T | | | | | |
| 10. American Express IRA - Fixed | A | Interest | K | T | | | | | |
| 11. Consolidated Bank & Trust | A | Interest | A | T | | | | | |
| 12. *Super Value Common Stock | | None | | | option/sold | 8/31 | K | D | *See Explanation |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII  ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

VII. Investments and Trusts

Items #6 and #7 - John Hancock Financial Svcs. Common Stock and ManuLife Financial Common Stock:
On 5/6/04, ManuLife Financial merged with John Hancock Financial Services. All John Hancock stockholders received ManuLife stock in exchange for their shares. The fractional share was sold and the gain is reported in column 6D-4. The gain from the merger is shown in column 7D-4.

Item #12 - Super Value Common Stock: the 1994 stock option was excercised and sold on the same date - 8/31/04.   The gain reported is based upon the difference in the option price and the sale price of the stock. No Super Value stock was owned prior to this transaction.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date ___5/11/05_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

**FILING INSTRUCTIONS**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544